## Miller *v.* Hellam Distilling Company (No. 2).

OPINION BY KEPHART, J., May 4, 1914:

The appeal in this case involves the same questions as decided in the appeal of E. T. Eyster, as entered to No. 7, March Term, 1914, at Harrisburg, and for the reasons given in that opinion the assignments of error are overruled and the order of the court below confirming the report of the auditor is affirmed, at the cost of the appellant.